# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Serka Taahhut Insaat A.S. | ) | ASBCA Nos. 61301, 61600 |
| | ) | |
| Under Contract No. W912ER-12-C-0016 | ) | |

APPEARANCE FOR THE APPELLANT:    Douglas L. Patin, Esq.
    Bradley Arant Boult Cummings LLP
    Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
    Engineer Chief Trial Attorney
    James D. Stephens, Esq.
    Sarah L. Hinkle, Esq.
    Engineer Trial Attorneys
    U.S. Army Engineer District, Middle East
    Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: February 25, 2020

_Michael T. Paul_

MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

      I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61301, 61600, Appeals of Serka Taahhut Insaat A.S., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals